In the Matter of CLEVE J. HIGGINS, Petitioner. ELON J. HODGE, as Fire Commissioner of Fire District No. 1, East Greenbush, Rensselaer County, N. Y., Respondent. In the Matter of CLEVE J. HIGGINS, Petitioner. JOHN MANSFIELD, as Fire Commissioner of Fire District No. 1, East Greenbush, Rensselaer County, N. Y., Respondent.—

All concur.